THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOPHEARY SANH,<br><br>    Plaintiff,<br><br>v.<br><br>OPPORTUNITY FINANCIAL, LLC; APPLIED DATA FINANCE, LLC d/b/a PERSONIFY FINANCIAL; and RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE,<br><br>    Defendant. | No. 2:20-cv-0310<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES<br><br>Noted for Consideration: March 4, 2020 |

Plaintiff Sopheary Sanh ("Plaintiff"), defendant Opportunity Financial, LLC, defendant Applied Data Finance, LLC d/b/a Personify Financial, and defendant Rise Credit Service of Texas, LLC d/b/a RISE (together, "Defendants") (collectively "the Parties"), by and through their respective undersigned counsel, hereby move on a stipulated basis for an order setting stipulated briefing schedules and extending certain deadlines.

Accordingly, the Parties stipulate as follows:

1.  <u>Motion to Remand</u>. Plaintiff shall file any Motion to Remand, if at all, within fifteen (15) days of entry of the parties' Stipulated Motion and Proposed Order for Extension of Deadlines.

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES (No. 2:20-cv-0310) –1
147349017.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. <u>Defendants' Responsive Pleading</u>. Within thirty (30) days of the Court's resolution of Plaintiff's Motion to Remand or confirmation from Plaintiff's counsel that Plaintiff does not intend to seek remand, Defendants shall respond to the Class Action Complaint by Answering and/or Filing a Motion to Dismiss; Plaintiff's opposition papers, if any, to any Motion to Dismiss shall be filed on the fifth Monday following the filing; and Defendants' reply papers to Plaintiff's opposition, if any, to any such Motion to Dismiss shall be filed on the second Friday following Plaintiff's opposition papers. Said Friday shall be the noting date for any Motion to Dismiss.

IT IS SO STIPULATED AND AGREED this 4th day of March, 2020.

STIPULATED MOTION AND
[PROPOSED] ORDER FOR EXTENSION
OF DEADLINES (No. 2:20-cv-0310) –2
147349017.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**PERKINS COIE LLP**

By: *s/ Amanda J. Beane*
   Amanda J. Beane, WSBA #33070
   *s/ Nitika Arora*
   Nitika Arora, WSBA #54084
   1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
   (206) 359-8000
   ABeane@perkinscoie.com
   NArora@perkinscoie.com

*Attorneys for Defendant Applied Data Finance, LLC d/b/a Personify Financial*

**BRESKIN JOHNSON & TOWNSEND PLLC**

By: *s/ Brendan W. Donckers*
   Brendan W. Donckers, WSBA #39406
   *s/ Roger M. Townsend*
   Roger M. Townsend, WSBA #25525
   1000 Second Avenue, Suite 3670
   Seattle, WA 98104
   (206) 652-8660
   bdonckers@bjtlegal.com
   rtownsend@bjtlegal.com

**LEONARD LAW**

By: *s/ Samuel R. Leonard*
   Samuel R. Leonard, WSBA #46498
   1001 4th Avenue
   Suite 3200
   Seattle, WA 98154
   (206) 458-6208
   sam@seattledebtdefense.com

*Attorneys for Plaintiff Sopheary Sanh*

**ARMSTRONG TEASDALE LLP**

By: *s/ Richard L. Scheff*
   Richard L. Scheff (Pro hac vice)
   *s/ David F. Herman*
   David Foster Herman (Pro hac vice)
   2005 Market Street
   One Commerce Square, Floor 29
   Philadelphia, PA 19103
   (267) 780-2000
   dherman@atllp.com
   rlscheff@armstrongteasdale.com

**STOEL RIVES**

By: *J. Scott Pritchard*
   J. Scott Pritchard, WSBA #50761
   600 University Street, Suite 3600
   Seattle, WA 98101-3197
   (206) 624-0900
   scott.pritchard@stoel.com

*Attorneys for Defendant Rise Credit Service of Texas LLC d/b/a Rise, Defendant*

**DLA PIPER US LLP**

By: *s/Andrew Ramiro Escobar*
   Andrew Ramiro Escobar, WSBA #42793
   *s/ David I. Freeburg*
   David Ian Freeburg, WSBA #48935
   *s/ Virginia A. Weeks*
   Virginia A. Weeks. WSBA #55007
   701 Fifth Avenue
   Suite 6900
   Seattle, WA 98104-7044
   (206) 839-4828
   andrew.escobar@dlapiper.com
   david.freeburg@dlapiper.com
   virginia.weeks@dlapiper.com

*Attorneys for Defendant Opportunity Financial LLC*

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES (No. 2:20-cv-0310) –3
147349017.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

[~~PROPOSED~~] ORDER

Having reviewed the foregoing stipulation by counsel for Plaintiff Sopheary Sanh ("Plaintiff"), defendant Opportunity Financial, LLC, defendant Applied Data Finance, LLC d/b/a Personify Financial, and defendant Rise Credit Service of Texas, LLC d/b/a RISE (together, "Defendants") (collectively "the Parties") the Court hereby enters an order setting a stipulated briefing schedules and extending certain deadlines as follows:

1. <u>Motion to Remand</u>. Plaintiff shall file any Motion to Remand, if at all, within fifteen (15) days of entry of the parties' Stipulated Motion and Proposed Order for Extension of Deadlines.

2. <u>Defendants' Responsive Pleading</u>. Within thirty (30) days of the Court's resolution of Plaintiff's Motion to Remand or confirmation from Plaintiff's counsel that Plaintiff does not intend to seek remand, Defendants shall respond to the Class Action Complaint by Answering and/or Filing a Motion to Dismiss; Plaintiff's opposition papers, if any, to any Motion to Dismiss shall be filed on the fifth Monday following Defendants' response; and Defendants' reply papers to Plaintiff's oppositions, if any, to any such Motion to Dismiss shall be filed on the second Friday following Plaintiff's opposition papers. Said Friday shall be the noting date for any Motion to Dismiss.

DATED this 6th day of March, 2020.

_____
United State District Judge Robert S. Lasnik

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER FOR EXTENSION
OF DEADLINES (No. 2:20-cv-0310) –4
147349017.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000