THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOPHEARY SANH,

Plaintiff,

v.

OPPORTUNITY FINANCIAL, LLC; APPLIED DATA FINANCE, LLC d/b/a PERSONIFY FINANCIAL; and RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE,

Defendants.

No. 2:20-cv-00310-RSL

**NOTICE OF SETTLEMENT SOLELY AS TO DEFENDANT APPLIED DATA FINANCE, LLC d/b/a PERSONIFY FINANCIAL AND STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR:
May 11, 2020

Plaintiff Sopheary Sanh and Defendant Applied Data Finance, LLC d/b/a Personify Financial ("Personify") hereby notify the Court that they have reached a settlement in principle. They therefore stipulate and request that the Court grant a forty-five day extension of time for Personify to move to compel arbitration and otherwise respond to Plaintiff's Complaint in this case, extending the deadline from May 11, 2020 to June 25, 2020. The additional time will allow Plaintiff and Personify to finalize a settlement agreement.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Respectfully submitted this 11th day of May, 2020

By: s/ Roger M. Townsend
BRESKIN JOHNSON & TOWNSEND, PLLC
By: s/ Brendan W. Donckers
Brendan W. Donckers, WSBA #39406
Roger M. Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
(206) 652-8660
bdonckers@ bitlegal.com
rtownsend@bjtlegal.com

By: s/ Amanda J. Beane
By: s/ Nitika Arora
Amanda J. Beane #33070
Nitika Arora #54084
Attorneys for Defendant Applied Data Finance, LLC d/b/a Personify Financial
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: ABeane@perkinscoie.com
NArora@perkinscoie.com

NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND DEADLINES (No. 2:20-cv-00310-RSL) – 2
148183191.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Based upon the stipulation of the parties, now, therefore,

IT IS ORDERED that the deadline for Personify to move to compel arbitration and otherwise respond to the Plaintiff's Complaint is extended until June 25, 2020.

SO ORDERED.

Dated: __________________

________________________________
Honorable Robert S. Lasnik
U.S. District Judge

NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND DEADLINES (No. 2:20-cv-00310-RSL) – 3

148183191.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000