HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHEARY SANH,<br><br>               Plaintiff,<br><br>v.<br><br>OPPORTUNITY FINANCIAL, LLC, APPLIED DATA FINANCE, LLC d/b/a PERSONIFY FINANCIAL, and RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE,<br><br>               Defendants. | NO. 2:20-cv-00310<br><br>ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIM AGAINST APPLIED DATA FINANCE, LLC d/b/a PERSONIFY FINANCIAL |

      This matter is before the Court on the Unopposed Motion for Voluntary Dismissal of Plaintiff's Individual Claim Against Applied Data Finance, LLC d/b/a Personify Financial. The Court, having considered the motion and the record, it is therefore,

      ORDERED that Ms. Sanh's individual claim is dismissed with prejudice and the class claims are dismissed without prejudice.

      Dated this 5th day of June, 2020.

*MMS S Lasnik*
ROBERT S. LASNIK
United States District Court Judge

ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIM AGAINST APPLIED DATA FINANCE, LLC d/b/a PERSONIFY FINANCIAL  - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660