HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

| SOPHEARY SANH, | NO. 2:20-cv-00310 |
|---|---|
| Plaintiff, | PLAINTIFFS' STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES AS TO RESPONSES AND REPLIES TO DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| OPPORTUNITY FINANCIAL, LLC and RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE, | |
| Defendants. | |

9
10
11
12
13
14
15       Plaintiff Sopheary Sanh ("Plaintiff"), with the consent of Defendant Opportunity

16    Financial, LLC and Defendant Rise Credit Service of Texas, LLC d/b/a RISE (together,

17    "Defendants") (collectively "the Parties"), hereby moves on a stipulated basis for an

18    order extending the deadlines for Plaintiff's Responses to Defendants' Motions to

19    Dismiss and Defendants' Replies in support of their Motions to Dismiss.

20       On May 11, 2020, Defendants filed motions to dismiss Plaintiffs' Complaint.  This

21    Court's March 6, 2020 Order, Dkt. No. 18, scheduled the deadline for responding to

22    those motions by June 15, 2020.  Plaintiff files this stipulated motion asking the Court to

23    extend the due date for Plaintiff's Responses to Defendants' Motions to Dismiss to

24    June 22, 2020 and the due date for Defendants' Replies in support of their respective

25    Motions to Dismiss to July 10, 2020.

26
27

PLAINTIFFS' STIPULATED MOTION AND ORDER
FOR EXTENSION OF DEADLINES - 1

IT IS SO STIPULATED AND AGREED this 18th day of June, 2020.

**BRESKIN JOHNSON & TOWNSEND PLLC**

By: s/ Roger Townsend
    Brendan W. Donckers, WSBA #39406
    Roger M. Townsend, WSBA #25525
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    (206) 652-8660
    bdonckers@bjtlegal.com
    rtownsend@bjtlegal.com

**LEONARD LAW**

By:_____
    Samuel R Leonard, WSBA #46498
    1001 4th Avenue
    Suite 3200
    Seattle, WA 98154
    (206) 458-6208
    sam@seattledebtdefense.com

*Attorneys for Plaintiff Sopheary Sanh*

**ARMSTRONG TEASDALE LLP**

By: s/David Herman
    Richard L. Scheff (Pro hac vice)
    David Foster Herman (Pro hac vice)
    2005 Market Street
    One Commerce Square, Floor 29
    Philadelphia, PA 19103
    (267) 780-2000
    dherman@atllp.com
    rlscheff@armstrongteasdale.com

*Attorneys for Defendant Rise Credit
Service of Texas LLC d/b/a Rise,
Defendant*

**DLA PIPER LLP (US)**

By: s/David Freeburg
    Andrew Ramiro Escobar, WSBA
    #42793
    David Ian Freeburg, WSBA #48935
    Virginia A. Weeks. WSBA #55007
    701 Fifth Avenue, Suite 6900
    Seattle, WA 98104-7044
    (206) 839-4800
    andrew.escobar@dlapiper.com
    david.freeburg@dlapiper.com
    virginia.weeks@dlapiper.com

*Attorneys for Defendant Opportunity
Financial, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

Having reviewed Plaintiff's stipulated motion, the Court hereby enters an order extending the deadline for Plaintiff's Response to Defendants' Motions to Dismiss to June 22, 2020, and the deadline for Defendants' Replies in support of their Motions to Dismiss to July 10, 2020. The Clerk of Court is directed to renote the motions to dismiss (Dkt. #27 and Dkt. #31) for consideration on Friday, July 10, 2020.


DATED this 19th day of June, 2020.


Robert S. Lasnik
United States District Judge

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660