1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**
9                              **AT SEATTLE**

10 ─────────────────────────────────────────────────────
11 SOPHEARY SANH,                    :      NO.  2:20-cv-310-RSL
                                     :
12          Plaintiff,               :   **STIPULATION AND  ORDER TO EXTEND**
                                     :   **DEADLINE FOR DEFENDANTS TO**
13   v.                              :   **RESPOND TO PLAINTIFF'S AMENDED**
                                     :   **COMPLAINT**
14 RISE CREDIT SERVICE OF TEXAS LLC  :
   d/b/a RISE et al.                 :
15                                   :
          Defendants.                :
16
17 ─────────────────────────────────────────────────────

18      The parties, by and through their respective counsel, hereby stipulate and jointly move

19 the Court to extend the deadline for Defendants RISE Credit Service of Texas, LLC, and

20 Elevate Credit, Inc., to respond to Plaintiff's Amended Complaint for a period of fourteen

21 (14) days from July 6, 2021 to July 20, 2021.

22      The parties stipulate that good cause exists for the requested relief given professional

23 conflicts that have arisen in the period since the Amended Complaint was officially filed on

24 June 22, 2021.

25      ///

26      ///

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT
(2:20-cv-00310)

Dated this 2nd day of July, 2021.

BRESKIN JOHNSON & TOWNSEND, PLLC

/s/ Roger M. Townsend
Roger M. Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
(206) 652-8660
rtownsend@bjtlegal.com

*Attorneys for Plaintiff*

ARMSTRONG TEASDALE LLP

/s/ David F. Herman
David F. Herman (*pro hac vice*)
2005 Market Street
One Commerce Square, Floor 29
Philadelphia, PA 19103
Telephone: 267.780.2000
dherman@atllp.com


STOEL RIVES LLP

/s/ J. Scott Pritchard
J. Scott Pritchard, WSBA No. 50761
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
scott.pritchard@stoel.com

*Attorneys for Defendants RISE Credit Service of Texas LLC d/b/a RISE and Elevate Credit, Inc.*

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
(2:20-cv-00310)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

# <u>ORDER EXTENDING DEADLINES</u>

This Matter came regularly before the Court through the Stipulation filed by the

Parties above. The Court, having considered the Stipulation and the facts described therein,

finds good cause for a continuance and hereby ORDERS as follows:

The deadline for Defendants to respond to Plaintiff's Amended Complaint is

continued to July 20, 2021.

Dated this 6th day of July, 2021.

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT
(2:20-cv-00310)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*