UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHEARY SANH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE and ELEVATE CREDIT, INC.,<br><br>　　　　　　　Defendants. | NO. 2:20-cv-00310<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES AS TO RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS |

Plaintiff Sopheary Sanh ("Plaintiff"), with the consent of Defendants Rise Credit Service of Texas, LLC d/b/a RISE and Elevate Credit, Inc., (together, "Defendants") (collectively "the Parties"), hereby moves on a stipulated basis for an order extending the deadlines for Plaintiff's Responses to Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Defendants' Reply in support of their Motion to Dismiss.

On July 20, 2021, Defendants filed a motion to dismiss Plaintiff's Amended Complaint. Plaintiff files this stipulated motion asking the Court to extend the due date for Plaintiff's Response to Defendants' Motion to Dismiss to September 20, 2021, and the due date for Defendants' Reply in support of their Motion to Dismiss to October 1, 2021.

//

//

IT IS SO STIPULATED AND AGREED this 23rd day of July, 2021.

**BRESKIN JOHNSON & TOWNSEND PLLC**

By: *s/ Roger Townsend*
   Brendan W. Donckers, WSBA #39406
   Roger M. Townsend, WSBA #25525
   1000 Second Avenue, Suite 3670
   Seattle, WA  98104
   (206) 652-8660
   bdonckers@bjtlegal.com
   rtownsend@bjtlegal.com

**LEONARD LAW**

By: *s/ Sam Leonard*
   Sam Leonard, WSBA #46498
   1001 4th Avenue, Suite 3200
   Seattle, WA  98154
   (206) 486-1176
   sam@seattledebtdefense.com

*Attorneys for Plaintiff*

**ARMSTRONG TEASDALE LLP**

By: *s/ David Herman*
   Richard L. Scheff (Pro hac vice)
   David Foster Herman (Pro hac vice)
   2005 Market Street
   One Commerce Square, Floor 29
   Philadelphia, PA 19103
   (267) 780-2000
   dherman@atllp.com
   rlscheff@armstrongteasdale.com

**STOEL RIVES LLP**

By: *s/ Scott Pritchard*
   Jenna Poligo, WSBA #54466
   J. Scott Pritchard, WSBA #50761
   600 University St, Suite 3600
   Seattle, WA 98101
   (206) 624-0900
   Jenna.Poligo@stoel.com
   Scott.Pritchard@stoel.com

*Attorneys for Rise Credit Service of Texas LLC d/b/a Rise and Elevate Credit, Inc., Defendants*

**ORDER**

Having reviewed Plaintiff's stipulated motion, the Court hereby enters an order extending the deadline for Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint to September 20, 2021, and the deadline for Defendants' Reply in support of their Motion to Dismiss to October 1, 2021. The Clerk of Court is directed to renoted the motion to dismiss on the Court's calendar for October 1, 2021.

DATED this 26th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge