THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SOPHEARY SANH, | : | NO. 2:20-cv-310-RSL |
| Plaintiff, | : : | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | : : | NOTED ON MOTION CALENDAR: |
| RISE CREDIT SERVICE OF TEXAS, LLC, d/b/a RISE, AND ELEVATE CREDIT, INC. | : : | October 1, 2021 |
| Defendants. | : : | ORAL ARGUMENT REQUESTED |

Pursuant to Local Civil Rule 7(n), Defendants, RISE Credit Service of Texas, LLC and Elevate Credit, Inc., hereby provide the following notice of supplemental authority relevant to their pending Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. #62), noted on the motion calendar for October 1, 2021. On February 8, 2022, Judge Jeffrey S. White of the United States District Court for the Northern District of California issued decisions on pending cross-motions for summary judgment in the cases captioned *People of the State of California, et al. v. FDIC.*, No. 20-cv-5860-JSW, and *People of the State of California, et al. v. OCC.*, No. 20-cv-5200-JSW. The Northern District of California's Orders, copies of which are attached hereto as Exhibits A and B, are relevant to, and directly support, arguments advanced by Defendants in support of their Motion to Dismiss, including the proper interpretation of the FDIC's Interest Rate Authority Rule and the "valid when made" doctrine. *See* Defs.' Mot. to Dismiss, Dkt. #62 at 15-16, Defs.' Reply

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (2:20-cv-310-RSL) - 1

1    in Support of Mot. to Dismiss, Dkt. #67 at 7-8; *see also* Pl.'s Opp., Dkt. #65 at 19-20. In denying summary judgment to the various states suing to overturn the FDIC's Interest Rate Authority Rule while granting the FDIC's motion for summary judgment, the Northern District of California court recognized that states possessing "concerns about rent-a-bank schemes" were able to assuage such concerns by opting out of Section 27 of DIDMCA.  *Compare* Ex. A at 10, *with* Defs.' Reply in Support of Mot. to Dismiss, Dkt. #67 at 7 (arguing same and noting Washington has failed to opt-out).

DATED:  February 9, 2022.

ARMSTRONG TEASDALE LLP


 */s/ Richard L. Scheff*
Richard L. Scheff (*pro hac vice*)
David F. Herman (*pro hac vice*)
2005 Market Street
One Commerce Square, Floor 29
Philadelphia, PA 19103
Telephone:  267.780.2000
rlscheff@armstrongteasdale.com
dherman@atllp.com


STOEL RIVES LLP


 */s/ Scott Pritchard*
J. Scott Pritchard, WSBA No. 50761
Jenna M. Poligo, WSBA No. 54466
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
scott.pritchard@stoel.com

*Attorneys for Defendants RISE Credit Service of Texas LLC d/b/a RISE, and Elevate Credit, Inc.*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (2:20-cv-310-RSL) - 2

**CERTIFICATE OF SERVICE**

I, Rachael Cullen hereby certify that on the 9th day of February 2022, I electronically filed the foregoing *Defendants' Notice of Supplemental Authority* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: February 9, 2022.

/s/Rachael Y. Cullen
Rachael Y. Cullen, Practice Assistant
rachael.cullen@stoel.com