HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHEARY SANH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE, AND ELEVATE CREDIT, INC.,<br><br>　　　　　Defendants. | NO. 2:20-cv-00310<br><br>PLAINTIFF'S RESPONSE TO MOTION TO STRIKE |

Defendants RISE Credit Service of Texas, LLC and Elevate Credit, Inc. filed a two-page notice of supplemental authority with case law from the Northern District of California which they asserted was relevant to their pending Motion to Dismiss Plaintiffs' Amended Complaint. (Dkt. 69). Defendants' notice included argument regarding how those cases were relevant to the Motion to Dismiss.

Plaintiff filed a two-page response to Defendants' notice of supplemental authority and the accompanying argument. (Dkt. 70). Plaintiff's response was in kind to Defendants' Notice.

Defendants filed a "Request to Strike Plaintiff's Notice of Supplemental Authority." (Dkt. 73). Defendants attempt to take a hyper-technical approach to Docket #70 misses the mark.

If the Court deems this request to be a motion to strike, then it should be properly noted under Local Rule 7 as a three Fridays Motion. LCR 7(d)(3). It is not so noted.

Regardless, Defendants mischaracterize Docket #70 as a Notice of Supplemental Authority. In fact, it is a *Response* to Defendants' Notice of Supplemental Authority and is clearly captioned as a Response. As a response, it appropriately responds the argument in Defendants' Notice. Defendants ask the Court to disregard their own notice and engage in the fiction that Docket #70 was unprovoked.

The cases asserted in both Docket #69 and Docket #70 contain citations to other dockets which are not controlling on the present Court. Those filings both contain arguments regarding why those cases support their respective arguments on the pending Rule 12 Motion. Those cases should be considered by the Court commensurate with their respective procedural postures. The Court is perfectly well suited to give the appropriate weight to the cases cited in Docket #69 and the responsive Docket #70 without striking either submission.

DATED: March 2, 2022.

BRESKIN JOHNSON & TOWNSEND, PLLC

By: *s/Brendan W. Donckers*
Brendan W. Donckers, WSBA #39406
*s/Roger M. Townsend*
Roger M. Townsend, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
(206) 652-8660 Telephone
(206) 652-8290 Facsimile
bdonckers@bjtlegal.com
rtownsend@bjtlegal.com

| | |
|---|---|
| 1 | |
| 2 | LEONARD LAW |
| 3 | By: s/ *Sam Leonard* |
| 4 | Sam Leonard, WSBA #46498 |
| 5 | 3614 California Ave. SW, #151 |

LEONARD LAW

By: s/ *Sam Leonard*
    Sam Leonard, WSBA #46498
    3614 California Ave. SW, #151
    Seattle, WA 98116
    (206) 486-1176 Telephone
    (206) 652-8290 Facsimile
    sam@seattledebtdefense.com

*Attorneys for Plaintiff*