UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOPHEARY SANH,<br><br>    Plaintiff,<br><br>vs.<br><br>RISE CREDIT SERVICE OF TEXAS, LLC., et al.,<br><br>    Defendants. | NO. C20-310RSL<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE |

The Court has appointed United States Magistrate Judge Michelle L. Peterson to act as settlement judge in this matter. Tim Farrell, Judge Peterson's In-Court Deputy will contact counsel to schedule the settlement conference.

DATED this 18th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MICHELLE L. PETERSON AS SETTLEMENT JUDGE- 1