UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOPHEARY SANH, <br><br> Plaintiff, <br><br> v. <br><br> RISE CREDIT SERVICE OF TEXAS LLC, et al., <br><br> Defendants. | No. 2:20-cv-00310-RSL <br><br> ORDER OF DISMISSAL |

It having been reported to the Court on March 3, 2023, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 6th day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1