UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHEARY SANH,<br><br>                Plaintiff,<br><br>v.<br><br>OPPORTUNITY FINANCIAL, LLC, and RISE CREDIT SERVICE OF TEXAS, LLC d/b/a RISE,<br><br>                Defendants. | NO. 2:20-cv-00310-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIM AGAINST DEFENDANTS RISE CREDIT SERVICE OF TEXAS, LLC AND ELEVATE CREDIT, INC. |

      This matter is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal of Plaintiff's Individual Claim Against Defendants Rise Credit Service of Texas, LLC And Elevate Credit, Inc. The Court, having considered the motion and the record, it is therefore,

      ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal of Plaintiff's Individual Claim Against Defendants Rise Credit Service of Texas, LLC And Elevate Credit, Inc. is granted; and

      ORDERED that Plaintiff's individual claims are hereby dismissed with prejudice and the class claims are hereby dismissed without prejudice.

      Dated this 31st day of March, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIM AGAINST DEFENDANTS RISE CREDIT SERVICE OF TEXAS, LLC AND ELEVATE CREDIT, INC. - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Presented by:

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/Brendan Donckers*
    Brendan W. Donckers, WSBA #39406
    *s/Roger M. Townsend*
    Roger M. Townsend, WSBA #25525
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    (206) 652-8660 Telephone
    (206) 652-8290 Facsimile
    bdonckers@bjtlegal.com
    rtownsend@bjtlegal.com


LEONARD LAW

By: s/ *Sam Leonard*
    Sam Leonard, WSBA #46498
    1001 4th Avenue, Suite 3200
    Seattle, WA 98154
    (206) 486-1176 Telephone
    sam@seattledebtdefense.com

*Attorneys for Plaintiff*

ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIM AGAINST DEFENDANTS RISE CREDIT SERVICE OF TEXAS, LLC AND ELEVATE CREDIT, INC. - 2

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660